IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASSAN ROBERTS,

    Petitioner,        No. 2:13-cv-1100 GGH P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,    ORDER

    Respondent.
_____/

    Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. CIV S-13-0649 CKD.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

    The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This action is reassigned to Judge Delaney for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-13-1100 CKD; and

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 17, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076
robe1100.190